

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2022

No. 04-22-00264-CV

**IN THE INTEREST OF E.J.M.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01970
Honorable Monique Diaz, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

The brief of appellee the Texas Department of Family and Protective Services (the "Department") was originally due to be filed on August 16, 2022. On August 16, 2022, the Department filed a motion for a 30-day extension of time to file its brief. The Department's motion is GRANTED IN PART. It is ORDERED that the Department's brief must be filed no later than **September 6, 2022**. Given the time constraints governing the disposition of this appeal, **further requests for extensions of time will be disfavored.**

It is so **ORDERED** on August 17, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT